UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PIRS CAPITAL, LLC,

                Plaintiff,

-against-

DERRICK CHEN, A/K/A/ DERRICK RUN LONG CHEN,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2023

23 Civ. 10343 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On November 22, 2023, Defendant, Derrick Chen, filed a notice of removal from the Supreme Court of New York, New York County. ECF No. 1; *see also* ECF No. 7.

    Accordingly, by **January 15, 2024**, Plaintiff shall appear in this action and advise the Court whether it intends to contest removal. Defendant shall serve this order on Plaintiff and file proof of service on the docket by **January 8, 2024**.

    SO ORDERED.

Dated: December 28, 2023
       New York, New York

                                      ANALISA TORRES
                               United States District Judge