UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PIRS CAPITAL, LLC,

                        Plaintiff,

        -against-

DERRICK CHEN, A/K/A/ DERRICK RUN
LONG CHEN,

                        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/2/2024_____
```

23 Civ. 10343 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court has reviewed Plaintiff's letter dated January 2, 2024.  ECF No. 10.  Plaintiff states
that it contests removal and intends to seek remand.  *Id.*; *see also* ECF No. 1.  Accordingly:

1. Plaintiff's request to file a motion for remand is GRANTED;
2. By **January 23, 2024**, Plaintiff shall file its motion for remand, which may be made
   by letter motion;
3. By **February 6, 2024**, Defendant shall file his opposition papers; and
4. By **February 13, 2024**, Plaintiff shall file its reply, if any.

        SO ORDERED.

Dated: January 2, 2024
        New York, New York

_____
        ANALISA TORRES
    United States District Judge